```
                                          FILED
                                    U.S. DISTRICT COURT

                                    2013 FEB -8  A 10: 42

                                      DISTRICT OF UTAH

                                    BY:_____
                                        DEPUTY CLERK
```

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SCOTT MAIR Jr., <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF RECOVERY SERVICES, <br><br> Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br><br><br> Case No. 2:12-CV-473 DB |

Before the court is the Report and Recommendation issued by United States Magistrate Judge Dustin Pead on November 13th, 2012, recommending:

1. Defendant ORS' Motion To Dismiss be GRANTED.

2. Plaintiff Mr. Mair's Motion For Leave To Amend be DENIED.

3. Defendant ORS' Motion To Unseal, plaintiff Mr. Mair's Motion Requesting Copies of Sealed Documents and Motion For Evidentiary Hearing be DENIED as moot.

The parties were notified of their right to file objections to the Report and

Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the magistrate judge's Report and Recommendation, the court ADOPTS the Report and Recommendation.

It is so ordered.

Dated this 6th day of February, 2013.

BY THE COURT

_____
Dee Benson, Judge
United States District Court
